UNITED STATES DISTRICT COURT

DISTRICT OF OREGON    FILED04 SEP '14 16:28USDC-ORP

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:14-CR-362 KI |
| v. | **INDICTMENT** |
| WILLIAM HOWARD MALLOY, | 18 U.S.C. §§ 2244(b) and 2247(a): Abusive Sexual Contact (Count 1) |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT 1
### ABUSIVE SEXUAL CONTACT -- 18 U.S.C. §§ 2244(b) and 2247(a)

On or about July 19, 2013, within the boundaries of the Portland Veterans Administration Medical Center located at and around 3710 SW U.S. Veterans Hospital Road, Portland, Oregon, an area within the special maritime and territorial jurisdiction of the United States in the District of Oregon, the defendant WILLIAM HOWARD MALLOY did, without the permission of S.P., knowingly engage in sexual contact with S.P., that is, the intentional touching of the genitalia, groin, inner thigh and breasts of S.P. with intent to arouse and gratify sexual desire, the defendant having previously been convicted of prior sex offenses, that is, Sexual Abuse in the

///

///

///

///

///

First Degree in Oregon in 1987 and Sexual Abuse in the Third Degree in Oregon in 2011, in violation of Title 18, United States Code, Sections 2244(b) and 2247(a).

DATED this __4__ day of September 2014.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL, OSB #95347
United States Attorney

DAVID L. ATKINSON, OSB #750217
Assistant United States Attorney